FILED
John E. Triplett, Clerk of Court
United States District Court

*By jamesburrell at 5:59 pm, Aug 06, 2025*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO.  4:25CR-93 |
| | ) | |
| v. | ) | 18 U.S.C. § 1111 |
| | ) | Felony Murder (Child Abuse) |
| BRANDON MITCHELL KELLEY and | ) | |
| STACEY DAWN KELLEY | ) | 18 U.S.C. § 1111 |
| | ) | Murder in the Second Degree |
| | ) | |
| | ) | O.C.G.A. § 16-5-1(d) |
| | ) | Murder in the Second Degree |
| | ) | (Assimilated State Offense) |

**THE GRAND JURY CHARGES THAT:**

COUNT ONE
*Felony Murder (Child Abuse)*
18 U.S.C. § 1111

From on or about October 26, 2024, to on or about November 22, 2024, in the Southern District of Georgia, on Fort Stewart Military Reservation, a place within the special maritime and territorial jurisdiction of the United States, the Defendants,

BRANDON MITCHELL KELLEY and
STACEY DAWN KELLEY,

aided and abetted by each other, did unlawfully kill Vyolet Kelley with malice aforethought, that is, in the perpetration of child abuse, by depriving her of adequate nourishment and medical care.

All in violation of Title 18, United States Code, Sections 2, 7, and 1111.

## COUNT TWO
*Murder in the Second Degree*
18 U.S.C. § 1111

From on or about October 26, 2024, to on or about November 22, 2024, in the Southern District of Georgia, on Fort Stewart Military Reservation, a place within the special maritime and territorial jurisdiction of the United States, the Defendants,

**BRANDON MITCHELL KELLEY and
STACEY DAWN KELLEY,**

aided and abetted by each other, with malice aforethought did unlawfully kill Vyolet Kelley, an individual who had not attained the age of eighteen years, by depriving her of adequate nourishment and medical care.

All in violation of Title 18, United States Code, Sections 2, 7, 1111, and 3559(f).

## COUNT THREE
*Murder in the Second Degree (Assimilated State Offense)*
O.C.G.A. § 16-5-1(d)

From on or about October 26, 2024, to on or about November 22, 2024, in the Southern District of Georgia, on Fort Stewart Military Reservation, a place within the special maritime and territorial jurisdiction of the United States, the Defendants,

**BRANDON MITCHELL KELLEY and
STACEY DAWN KELLEY,**

aided and abetted by each other, with criminal negligence, did cause Vyolet Kelley, a child under the age of eighteen years, cruel and excessive physical and mental pain by depriving her of adequate nourishment and medical care, and did thereby cause her death.

All in violation of Official Code of Georgia Annotated Sections 16-5-1(d) and 16-5-70(c) and Title 18, United States Code, Sections 2, 7, and 13.

A True Bill.

_____
Foreperson

_____
Tara M. Lyons
Acting United States Attorney

_____
Timothy P. Dean
Assistant United States Attorney
*Co-lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

_____
E. Greg Gilluly, Jr.
Assistant United States Attorney
Deputy Chief, Criminal Division
*Co-lead Counsel

4