

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. 4:25CR-93 |
| | ) | |
| v. | ) | 18 U.S.C. § 1111 |
| | ) | Felony Murder (Child Abuse) |
| BRANDON MITCHELL KELLEY and | ) | |
| STACEY DAWN KELLEY | ) | 18 U.S.C. § 1111 |
| | ) | Murder in the Second Degree |
| | ) | |
| | ) | O.C.G.A. § 16-5-1(d) |
| | ) | Murder in the Second Degree |
| | ) | (Assimilated State Offense) |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

**Count 1:** Felony Murder (Child Abuse)
18 U.S.C. § 1111
- Death, or imprisonment for not less than life;
- A fine of not more than $250,000;
- Not more than five years of supervised release;
- $100 special assessment.

**Count 2:** Murder in the Second Degree
18 U.S.C. §§ 1111, 3559(f)
- Imprisonment for not less than thirty years and not more than life;
- A fine of not more than $250,000;
- Not more than five years of supervised release;
- $100 special assessment.

**Count 3:** Murder in the Second Degree (Assimilated State Offense)
O.C.G.A. § 16-5-1(d)
- Imprisonment for not less than ten years and not more than thirty years;
- A fine of not more than $250,000;
- Not more than five years of supervised release;
- $100 special assessment.

Respectfully submitted,

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

*/s/ Timothy P. Dean*

Timothy P. Dean
Assistant United States Attorney
Georgia Bar Number 506124