UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO.: 4:25-CR-93-1 |
| BRANDON KELLEY. ) | |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW, MICHAEL A SCHWARTZ, attorney for BRANDON KELLEY and requests leave of absence for the following dates:

- September 25-26, 2025 – Volunteer work with SVP,
- October 6 – 8th, CLE,
- October 24, 2025 – Personal leave,
- November 6-7, 2025 – CLE ,
- November 24-28, 2025 – Personal leave, and
- December 22-26, 2025 – Personal leave.

Accordingly, the undersigned requests that this Motion for Leave of Absence be GRANTED.

*(Signature to follow)*

This 11th day of August 2025.

/s/ Michael A. Schwartz
MICHAEL A. SCHWARTZ
Attorney for Brandon Kelley
Georgia Bar No. 966017

New South Law, LLC
1305 Barnard St. #203
Savannah, Ga. 31401
912.581.1999
912.495.5431 (fax)
mas@newsouthlaw.net

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO.: 4:25-CR-93-1 |
| BRANDON KELLEY. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all parties in accordance with the notice of electronic filing which was generated as a result of electronic filing in this Court.

This 11th day of August 2025.

/s/ Michael A. Schwartz
MICHAEL A. SCHWARTZ
Attorney for Brandon Kelley
Georgia Bar No. 96601

New South Law, LLC
1305 Barnard St. #203
Savannah, Ga. 31401
912.581.1999
mas@newsouthlaw.net