UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 4:25-cr-93 |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDON MITCHELL KELLEY and | ) | |
| STACEY DAWN KELLEY, | ) | |
| | ) | |
| Defendants | ) | |

### ORDER

Based upon the motion of the Government, and for good cause shown therein, the Government's motion for leave of absence is **GRANTED** for the following dates:

    a)    August 25, 2025 through and including August 29, 2025 and

    b)    September 1, 2025 through and including September 3, 2025.

**IT IS FURTHER ORDERED** that should a hearing be set during those dates, a substitute Assistant United States Attorney may handle the matter.

**SO ORDERED**, this 15th day of August 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA