**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **4:25-CR-93-1** |
| | ) | |
| **BRANDON MITCHELL KELLEY** | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION REGARDING PRESS RELEASE (ECF NO. 186)**

Defendant seeks various forms of relief, all unwarranted, on the grounds that the United States Attorney's Office's straightforward press release[1] about the return of the subject indictment improperly "presupposes the outcome of [the] trial," ECF No. 186 at 2; "declar[es] . . . that Mr. Kelley's conviction is a foregone conclusion," *id.* at 5; "communicates . . . that the Government already knows how the trial will end," *id.*; "treats conviction as a grammatical certainty," *id.* at 7; and is therefore a "guilt-presuming extrajudicial statement." *Id.* at 8.[2]

Not so. Defendant elides that the press release, which is all of 249 words, thrice uses versions of the word "allegation." The second such usage is in a direct quote from the then Acting United States Attorney herself, and the third usage is in the following utterly fatal caveat: "*An indictment is merely an allegation. All defendants are presumed innocent until proven guilty beyond a reasonable doubt in a court of law.*" Exhibit 1 (emphasis in original).

---

[1] Attached hereto as Exhibit 1.

[2] All of this rather breathless language is premised on single prepositional phrase, "upon conviction."

In sum, the press release was an unremarkable exercise of the Government's right to keep the public informed of its work. The motion is meritless, and the Court should deny it.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

***/s/ Timothy P. Dean***
Timothy P. Dean
Assistant United States Attorney
Georgia Bar Number 506124